United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDWARD WOODLEY, § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. H-24-1587 |
| RESURGENT CAPITAL SERVICES, § L.P., § § | |
| Defendant. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant Resurgent Capital Services, L.P.'s Rule 12(b)(6) Motion to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE**.

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 31st day of May, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE